IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 20-23376-CMB |
| | : | |
| LEONARD R. COSTANTINI III., | : | Chapter 11 |
| | | |
| Debtor, | : | Document No. |
| | : | |
| LEONARD R. COSTANTINI III., | | |
| | | |
| Movant, | | |
| | : | |
| v. | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Internal Revenue Service

    Incorrect Address:  Special Procedures Division
                              P.O. Box 628
                              Bankruptcy Section
                              Pittsburgh, PA 15230

Corrected Address:

    Creditor Name: Internal Revenue Service

    Correct Address: Bankruptcy Section
                              1000 Liberty Avenue
                              Room 711 B.
                              Pittsburgh, PA 15222

Date: <u>December 21, 2021</u>              */s/ Robert O Lampl*
                                                 ROBERT O LAMPL
                                                 PA I.D. #19809
                                                 JOHN P. LACHER
                                                 PA I.D. #62297
                                                 RYAN J. COONEY
                                                 PA I.D. #319213
                                                 SY O. LAMPL
                                                 PA I.D. #324741
                                                 ALEXANDER L. HOLMQUIST
                                                 PA I.D. #314159
                                                 223 Fourth Avenue, 4th Floor
                                                 Pittsburgh, PA  15222
                                                 (412) 392-0330 (phone)
                                                 (412) 392-0335 (facsimile)
                                                 Email:  rlampl@lampllaw.com